IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STERLING SAVINGS BANK, | No. C 13-2499 RS |
| Plaintiff, | **ORDER SETTING TIME** |
| v. | |
| THE VESSEL IMAGINE, et al., | |
| Defendants. | |

The report and recommendation of the United States Magistrate Judge to whom this action was initially assigned that a warrant for the arrest of the vessel Imagine should issue and a substitute custodian should be appointed was adopted and incorporated in full. *See* Dkt. 10.  The vessel Imagine has since been arrested and is in the custody of Plaintiff's substitute custodian.  To comply with Admiralty Local Rule 4-2(a)(7), plaintiff intends to publish a notice of the arrest of the vehicle, containing a statement that any persons claiming an interest in the Imagine must file their applications for intervention "within the time fixed by the Court."  The federal rules require that such notice must be published "promptly—or within the time that the court allows." Fed. R. Civ. P. Supp. C(4).

Plaintiff shall publish the notice required by Admiralty Local Rule 4-2 within 14 days of the date of this order.  "[A]pplications for intervention under Fed. R. Civ. P. 24 by persons claiming

1

maritime liens or other interests against the property shall be filed" within 60 days from the date of plaintiff's publication order.  Admiralty L. R. 4-2(a)(7).

IT IS SO ORDERED.

Dated: 8/28/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE