RICHARD W. ABBEY, Esq., State Bar 53039
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA  95402-1566
Telephone:  (707) 542-5050
Facsimile:  (707) 542-2589

Attorneys for Plaintiff
STERLING SAVINGS BANK

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING SAVINGS BANK,<br><br>Plaintiff,<br><br>v.<br><br>THE VESSEL IMAGINE and its engines, motors, equipment, appurtenances, etc., in rem, and its Owners LAI CHEUNG and WAI P. CHEUNG, in personam;<br><br>Defendants. | Case No.: 3:13-cv-02499-RS<br><br>**IN ADMIRALTY**<br><br>[~~PROPOSED~~] **ORDER FOR DISBURSEMENT OF PROCEEDS FROM INTERLOCUTORY SALE OF DEFENDANT VESSEL** |

WHEREAS the Court, in the Stipulation & Order For Interlocutory Sale of Defendant Vessel of May 20, 2014, ordered that the Defendant Vessel, Imagine ("Defendant Vessel"), be sold pursuant to the terms of that Order;

WHEREAS the Defendant Vessel was auctioned and sold on Friday, August 15, 2014 for the total sale price of $93,000.00 pursuant to the Court's prior order;

WHEREAS the US Marshal provided the clerk of the Court with written report of sale on Monday, August 18, 2014, and the sale now stands confirmed pursuant to Admiralty Local Rule 9-2(c);

IT IS HEREBY ORDERED, that, consistent with the Court's Orders and applicable Local Admiralty Rules, the proceeds from the auction of the Defendant Vessel be disbursed and distributed as follows:

    A.    $5,000 be disbursed to Long Beach Yacht Sales;

    B.    $1,410.00 be disbursed to the U.S. Marshal;

    C.    The remaining net proceeds in the amount of $86,590.00 shall be deposited by the U.S. Marshal into a secure, interest-bearing escrow account pending further order of this Court.

IT IS SO ORDERED.

Dated: __8/22_____, 2014

_____
Judge, U.S. District Court

[PROPOSED] ORDER FOR DISBURSEMENT OF PROCEEDS FROM INTERLOCUTORY SALE OF DEFENDANT VESSEL