RICHARD W. ABBEY, Esq., State Bar 53039
MITCHELL B. GREENBERG, Esq., State Bar 114878
STEPHANIE WALKER, Esq., State Bar 252464
ABBEY, WEITZENBERG, WARREN & EMERY
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, CA  95402-1566
Telephone:  (707) 542-5050
Facsimile:  (707) 542-2589

Attorneys for Plaintiff
STERLING SAVINGS BANK

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING SAVINGS BANK,<br><br>          Plaintiff,<br><br>v.<br><br>THE VESSEL IMAGINE and its engines, motors, equipment, appurtenances, etc., <u>in rem</u>, and its Owners LAI CHEUNG and WAI P. CHEUNG, <u>in personam</u>;<br><br>          Defendants. | Case No.: 3:13-cv-02499-RS<br><br>**IN ADMIRALTY**<br><br>**STIPULATION & [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION AND RELEASE OF NET SALE PROCEEDS** |

   IT IS STIPULATED between Plaintiff, Sterling Savings Bank, f/k/a Sonoma National Bank and now known as Umpqua Bank ("Plaintiff"), on the one hand, and Defendants Lai N. Cheung and Wai Por Lit, named and served as Lai Cheung and Wai P. Cheung ("Defendants"), on the other hand, as follows:

   **WHEREAS,** Plaintiff filed the legal action in admiralty *Sterling Savings Bank v. The Vessel Imagine, et al.*, U.S. District Court, Northern District of California, Case No. 3:13-cv-02499-RS ("the Action"), naming as defendants both Defendants, *in personam*, and the Vessel Imagine ("Defendant Vessel"), *in rem*.

////

-1-

1  WHEREAS, the Parties to this Agreement stipulated to the Interlocutory Sale of the
2  Defendant Vessel, which Vessel was sold on August 15, 2014 pursuant to Court Order (Docket #
3  35) for the amount of $93,000.00.

4  WHEREAS, the sale stands confirmed as of course, pursuant to Admiralty Local Rule 9-
5  2(c), and the Court further confirmed the sale and entered an Order For Disbursement of
6  Proceeds from Interlocutory Sale of Defendant Vessel on August 22, 2014 (Docket # 38).

7  WHEREAS, the net proceeds of the Interlocutory Sale of the Defendant Vessel, in the
8  amount of $86,590.00 are currently held by the United States Marshal pending further order of
9  this Court.

10  WHEREAS, the Parties to this Agreement, wanting to fully and finally compromise,
11  settle and resolve the disputes and differences between them, are entering into a Settlement
12  Agreement and Mutual General Release ("Settlement Agreement"), contemporaneously with this
13  Stipulation, and therefore,

14  **IT IS STIPULATED** that the Parties request this Court to enter the following Order:

15  **IT IS HEREBY ORDERED**, that all causes of action brought by Plaintiffs pursuant to
16  the Verified Complaint For Foreclosure of Preferred Ship Mortgage and Outstanding
17  Indebtedness in Admiralty, filed June 4, 2014 (Docket # 1) in the above-referenced action are
18  dismissed, with each party to bear their own costs.

19  **IT IS FURTHER ORDERED** that the net proceeds of the sale of the Defendant Vessel
20  in the amount of $86,590.00, currently held by the United States Marshal, be released and
21  disbursed forthwith to Plaintiff Sterling Savings Bank.

22  **IT IS SO STIPULATED.**

23  TSAO-WU, CHOW & YEE, LLP

24
25  Date: Sept. 25, 2014    By: /s/ William Zak Taylor
            William Zak Taylor
26          Attorneys for Defendants
            Lai Cheung and Wai Por Lit, named and
            served as Lai Cheung and Wai P. Cheung
27  ////
28  ////

|   |   |
|---|---|
| 1 | ABBEY, WEITZENBERG, WARREN & EMERY |
| 2 |  |
| 3 | Date: Sept. 26, 2014   By: /s/ Stephanie L. Walker |
| 4 | Stephanie L. Walker<br>Attorneys for Plaintiff |
| 5 | Sterling Savings Bank, now known as Umpqua Bank |

### [PROPOSED] ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 9/30, 2014

_____
Judge, U.S. District Court

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

-3-
STIPULATION & [PROPOSED] ORDER FOR DISMISSAL OF ACTION AND RELEASE OF NET SALE PROCEEDS